**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: BOLT, JIMMIE DON | § | Case No. 8:14-bk-13872-KRM |
| BOLT, JANE MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 25, 2014. The undersigned trustee was appointed on November 25, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 11,062.16

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 75.02 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 10,987.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 04/13/2015 and the deadline for filing governmental claims was 05/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,856.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,856.22, for a total compensation of $1,856.22.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $53.05, for total expenses of $53.05.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2015 By: /s/DOUGLAS N. MENCHISE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:14-bk-13872-KRM
**Case Name:** BOLT, JIMMIE DON
BOLT, JANE MICHELLE
**Period Ending:** 07/24/15

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 11/25/14 (f)
**§341(a) Meeting Date:** 01/07/15
**Claims Bar Date:** 04/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD - 4450 Redcoat Dr., Wesley Chapel, FL<br>Orig. Description: HOMESTEAD - 4450 Redcoat Dr., Wesley Chapel, FL 33543, FOX RIDGE PLAT 1 PB 15, PGS 118-128, LOT 16, BLK 12, OR 5306 PG 848, Just Market Value per Pasco County Property, Appraiser; Imported from original petition Doc# 1 | 116,643.00 | 0.00 | | 0.00 | FA |
| 2 | 2336 Baron Drive, Holiday, FL, 34690, BUENA VIST<br>Orig. Description: 2336 Baron Drive, Holiday, FL, 34690, BUENA VISTA MANOR UNIT 2, PB 10 PG 38, LOT 112, OR 8674 PG 547, Value per Certified property appraiser, jointly owned with Donald Turner and Donna Turner; Imported from original petition Doc# 1 | 6,930.00 | 6,930.00 | | 7,500.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Description: GTE Financial savings account; Imported from original petition Doc# 1 | 0.01 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>Orig. Description: GTE Financial checking account; Imported from original petition Doc# 1 | 53.00 | 0.00 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>Orig. Description: Suncoast Credit Union personal checking account; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>Orig. Description: Suncoast Credit Union personal savings account; Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Checking, savings or other financial accounts, c<br>Orig. Description: Suncoast Credit Union BUSINESS checking account; Imported from original petition Doc# 1 | 159.72 | 159.72 | | 143.75 | FA |
| 8 | Checking, savings or other financial accounts, c<br>Orig. Description: Suncoast Credit Union BUSINESS savings account; Imported from original petition Doc# 1 | 5.00 | 5.00 | | 4.50 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:14-bk-13872-KRM
**Case Name:** BOLT, JIMMIE DON
BOLT, JANE MICHELLE
**Period Ending:** 07/24/15

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 11/25/14 (f)
**§341(a) Meeting Date:** 01/07/15
**Claims Bar Date:** 04/13/15

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Household goods and furnishings, including audio Orig. Description: Appliances and Electronics - Stove ($10), Refrigerator ($50), Freezer ($20), Washer ($100), Dryer ($100), Microwave ($5), Toaster Oven ($5), TV ($5), DVD ($5), Stereo ($20), CDs ($5); Imported from original petition Doc# 1 | 325.00 | 0.00 | | 0.00 | FA |
| 10 | Household goods and furnishings, including audio Orig. Description: Furniture - TV cabinet ($30), Sofa ($40), Coffee table ($5), Desk ($10), Lamp ($5), Picture ($10), Dining set ($30), Bed ($100), Dresser ($50), Armoire ($50); Imported from original petition Doc# 1 | 330.00 | 0.00 | | 0.00 | FA |
| 11 | Wearing apparel. Orig. Description: Clothing - no single item over $15; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Furs and jewelry. Orig. Description: Gold wedding band with diamond chips ($45, Gold wedding ring with diamond chips and little diamond with Imperfections ($35), gold necklace ($5), Pendant ($15); Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Firearms and sports, photographic and other hobb Orig. Description: Firearm - Mossberg Ducks Unlimited 10/30 shotgun; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Interests in insurance policies. Name insurance Orig. Description: American National Ins. Co. whole life insurance policy surrender value; Imported from original petition Doc# 1 | 6,683.98 | 0.00 | | 0.00 | FA |
| 15 | Interests in insurance policies. Name insurance Orig. Description: American National Ins. Co. whole life insurance policy Surrender value; Imported from original petition Doc# 1 | 14,960.06 | 0.00 | | 0.00 | FA |
| 16 | Stock and interests in incorporated and unincorp Orig. Description: Bolt Property Maintenance LLC - | 740.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:14-bk-13872-KRM
**Case Name:** BOLT, JIMMIE DON
BOLT, JANE MICHELLE
**Period Ending:** 07/24/15

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 11/25/14 (f)
**§341(a) Meeting Date:** 01/07/15
**Claims Bar Date:** 04/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | lawn mowing business - equipment - Shrub trimmer ($15), Weedwacker ($50), Edger ($50), Blower ($100), Hand tools ($25), 2008 John Deere Z820A 54 inch cut Riding mower with 2,300 hours ($500); Imported from original petition Doc# 1 | | | | | |
| 17 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 1994 Chevrolet Suburban 1500 with approx. 166,000 miles in fair condition KBB Private Party Value; Imported from original petition Doc# 1 | 825.00 | 0.00 | | 0.00 | FA |
| 18 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 2006 Ford F-250 XL Crew Cab 4WD, 6.0L V8 with approx. 147,500 miles in fair condition KBB Private Party Value = 9,701. Repair estimate provided by Parks Ford of Wesley Chapel in the amount of 645.21 + $490.98 + $864.44; Imported from original petition Doc# 1 (See Footnote) | 7,700.37 | 7,700.37 | | 3,413.91 | FA |
| 19 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 2003 Utility trailer - Bray Open Trailer; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 20 | TAX REFUNDS-U (u)<br>2014 tax refund | 1,000.00 | 1,000.00 | | 0.00 | FA |
| **20** | **Assets Totals** (Excluding unknown values) | **$156,985.14** | **$15,795.09** | | **$11,062.16** | **$0.00** |

RE PROP# 18 Trustee value is $9701 less $4907.77 lien and $1000 exemption

**Major Activities Affecting Case Closing:**

1/9/2015-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order; 1/12/2015 - file motion to compel turnover; 01/14/15 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 11); 01/20/15 - Sent letter to Atty Secor on buyback; 2/19/2015 - filed report and notice of intention to sell property of the estate; 2/26/15- submitted order on Motion to Compel Turnover; 3/6/15-FILED PROOF OF SERVICE - DOC. NO. 16; 03/18/15 - Reviewed 2014 tax return; Determined Dbts owe taxes; DA'd asset; Filed Report of Sale; 04/13/15 - Filed Objection to Claim Nos. 2 and 3;7/13/2015 - SUBMITED ORDER ON OBJECTION TO CLAIMS NOS. 2 AND 3; 7/16/2015 - filed proof of service on doc no. 23;

***FILED TFR 7/24/2015

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:14-bk-13872-KRM
**Case Name:** BOLT, JIMMIE DON
BOLT, JANE MICHELLE
**Period Ending:** 07/24/15

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 11/25/14 (f)
**§341(a) Meeting Date:** 01/07/15
**Claims Bar Date:** 04/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 30, 2015 **Current Projected Date Of Final Report (TFR):** July 24, 2015 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:14-bk-13872-KRM
**Case Name:** BOLT, JIMMIE DON
BOLT, JANE MICHELLE
**Taxpayer ID #:** **-***4345
**Period Ending:** 07/24/15

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $48,409,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/13/15 | {2} | SUNCOAST CREDIT UNION | Acct #0001; Payment #1; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | | 1110-000 | 5,000.00 | | 5,000.00 |
| 02/13/15 | | SUNCOAST CREDIT UNION | BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | | | 6,062.16 | | 11,062.16 |
| | {2} | | Acct #0001; Payment #1 | 2,500.00 | 1110-000 | | | 11,062.16 |
| | {7} | | Acct #0002; Payment #1 | 143.75 | 1129-000 | | | 11,062.16 |
| | {8} | | Acct #0002; Payment #1 | 4.50 | 1129-000 | | | 11,062.16 |
| | {18} | | Acct #0002; Payment #1 | 3,413.91 | 1129-000 | | | 11,062.16 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 11,052.16 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.95 | 11,035.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.87 | 11,019.34 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.32 | 11,004.02 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.88 | 10,987.14 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **11,062.16** | **75.02** | **$10,987.14** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **11,062.16** | **75.02** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,062.16** | **$75.02** | |

| | |
|---|---|
| Net Receipts : | 11,062.16 |
| Net Estate : | $11,062.16 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1166** | **11,062.16** | **75.02** | **10,987.14** |
| | **$11,062.16** | **$75.02** | **$10,987.14** |

# Exhibit C

## Case: 8:14-bk-13872-KRM BOLT, JIMMIE DON

Claims Bar Date: 04/13/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Bank of America, N.A.<br>P.O. Box 940186<br>Simi Valley, CA 93094-0186<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 300 | Secured<br>03/18/15 | | $4,367.94<br>$0.00 | $0.00 | $0.00 |
| 1 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/02/15 | | $13,986.46<br>$13,986.46 | $0.00 | $13,986.46 |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/02/15 | | $5,894.16<br>$0.00 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/02/15 | | $20,470.89<br>$0.00 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/02/15 | | $449.69<br>$449.69 | $0.00 | $449.69 |
| 6 | Cavalry Spv I, LLC - Assignee of Capital<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/21/15 | | $2,960.50<br>$2,960.50 | $0.00 | $2,960.50 |
| 7 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/07/15 | | $16,352.81<br>$16,352.81 | $0.00 | $16,352.81 |
| | | | | **Case Total:** | **$0.00** | **$33,749.46** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:14-bk-13872-KRM
Case Name: BOLT, JIMMIE DON
Trustee Name: DOUGLAS N. MENCHISE

**Balance on hand:** $ 10,987.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Bank of America, N.A. | 4,367.94 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,987.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS N. MENCHISE | 1,856.22 | 0.00 | 1,856.22 |
| Trustee, Expenses - DOUGLAS N. MENCHISE | 53.05 | 0.00 | 53.05 |
| Attorney for Trustee, Fees - DOUGLAS N. MENCHISE, ESQUIRE | 845.00 | 0.00 | 845.00 |

Total to be paid for chapter 7 administration expenses: $ 2,754.27
Remaining balance: $ 8,232.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,232.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,232.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,749.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 13,986.46 | 0.00 | 3,411.87 |
| 2 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 449.69 | 0.00 | 109.70 |
| 6 | Cavalry Spv I, LLC - Assignee of Capital | 2,960.50 | 0.00 | 722.19 |
| 7 | PYOD LLC its successors and assigns | 16,352.81 | 0.00 | 3,989.11 |

Total to be paid for timely general unsecured claims: $ 8,232.87
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00